■ LISA E.G. et al., as Parents and Natural Guardians of JENNIFER G., an Infant, et al., Appellants, v THE GENESEE HOSPITAL et al., Respondents. [858 NYS2d 646]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Lunn, Peradotto, Green and Pine, JJ.

■ DAVID ROBINSON et al., Appellants, v CYCLE STOP, INC., Respondent. [858 NYS2d 646]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.

■ In the Matter of the Estate of ELEANOR G. KOPEC, Deceased. MICHAEL DUFFY, as Executor, Appellant. GILBERT H. STONE, Respondent. [858 NYS2d 645]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.

■ In the Matter of JIM LUDTKA SPORTING GOODS, INC., Respondent, v CITY OF BUFFALO SCHOOL DISTRICT et al., Appellants. [858 NYS2d 646]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Smith, Fahey, Peradotto and Pine, JJ.

■ In the Matter of the Arbitration between ERIE INSURANCE COMPANY, Respondent, and TRACI A. CALANDRA, Appellant. [858 NYS2d 645]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Lunn, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEYONTAY C. RICKS, Appellant. [858 NYS2d 646]—Motion for reargument denied. Present—Martoche, J.P., Lunn, Fahey, Peradotto and Pine, JJ.

■ JAMES J. FRANK, Appellant, v FORTUNA ENERGY, INC., et al., Respondents. [858 NYS2d 646]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Lunn, Fahey and Green, JJ.

■ In the Matter of MONROE COUNTY PUBLIC SCHOOL DISTRICTS, Namely BRIGHTON CENTRAL SCHOOL DISTRICT, et al., Appellants, v WAYNE E. ZYRA, as President of Monroe County Legislature, et al., Respondents. [858 NYS2d 645]—Motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Centra, Green and Gorski, JJ.